AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

RECEIVED
U.S. MARSHAL
2020 JUL 16 AM 9:59
MIDDLE DIST. OF FLORIDA
TAMPA

United States of America
v.
Terrance Lee Hester, Jr.

*Defendant*

Case No. 8:20MJ1660AAS

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA
2020 JUL 17 AM 11:3_
FILED

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Terrance Lee Hester, Jr.,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Damaging or destroying by fire a building used in interstate commerce, in violation of 18 U.S.C. § 844(i).

Date: July 8, 2020

*Issuing officer's signature*

City and state:  Tampa, Florida        U.S. Magistrate Judge
                                        *Printed name and title*

---

**Return**

This warrant was received on *(date)* 7-16-20, and the person was arrested on *(date)* 7-10-20
at *(city and state)* N/NY SYRACUSE.

Date: 7-16-20

SIGN FOR ATF
*Arresting officer's signature*

T. Wm; DUSM
*Printed name and title*