UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:2020cr225T60cpT

　　　18 U.S.C. § 844(i)

TERRANCE LEE HESTER JR.

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about May 31, 2020, in the Middle District of Florida, the defendant,

TERRANCE LEE HESTER JR.,

while aiding and abetting other persons both known and unknown to the Grand Jury, did maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a building and real and personal property used in interstate and foreign commerce, specifically, a building housing Victim Business 1 and merchandise.

All in violation of 18 U.S.C. §§ 844(i) and 2.

### FORFEITURE

1.　　The allegations contained in Count One of this Indictment are incorporated by reference for the purpose of alleging forfeitures pursuant to 18

U.S.C. §§ 982(a)(2)(B) and 844(c), and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 844, the defendants shall forfeit to the United States of America, pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, pursuant to 18 U.S.C. § 981(a)(1)(C) any property which constitutes or is derived from proceeds traceable to the violation, and pursuant to 18 U.S.C. § 844(c) and 28 U.S.C. § 2461(c), any explosive materials involved or used or intended to be used in the violation.

3. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Michael C. Sinacore
Assistant United States Attorney

By: _____
Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

3

FORM OBD-34  
July 20

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida  
Tampa Division

THE UNITED STATES OF AMERICA

vs.

TERRANCE LEE HESTER, JR.

## INDICTMENT

Violations: 18 U.S.C. § 844(i)

A true bill,

_____  
Foreperson

Filed in open court this 23rd day of July, 2020.

_____  
Clerk

Bail $_____

GPO 863 525