UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

| CASE NO.: | 8:20-cr-225-T-60CPT | DATE: | September 8, 2020 |
|---|---|---|---|
| **HONORABLE CHRISTOPHER P. TUITE** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA | | **LANGUAGE:** | |
| v. | | **GOVERNMENT COUNSEL** Michael Sinacore, AUSA | |
| TERRANCE LEE HESTER, JR. | | **DEFENSE COUNSEL** Howard Anderson, AFPD | |
| **COURT REPORTER:** Melissa Pierson | | **DEPUTY CLERK:** | Lisa Bingham |
| **TIME:** 11:14 a.m. – 12:25 p.m. | **TOTAL:** 1/11 | **COURTROOM:** | ZOOM |

**PROCEEDINGS:    BOND HEARING – via ZOOM**

This matter has been continued from a hearing held on September 3, 2020 before Judge Sneed.

The Court hears oral argument regarding the parties position as to the defendants proposed release.

The Government notes there is a warrant out of Hillsborough County, however, they are amenable to the defendant being released on bond if he is ordered with home detention and some sort of monitoring.

Defense requests the defendant live with his grandmother.   There are antique firearms in the home, however, they are locked away.   Defense does not object to home detention.

Defendant's mother (Doris Floyd) sworn and testified.

For the reasons stated on the record, the Court orders the defendant released on the following conditions; report to PTS as directed, no firearms (all firearms in grandmother's home must be removed from the home), no drugs, subject to drug testing, surrender passport, no new travel documents, home incarceration (grandmother's home), can only leave home for visits with counsel, medical appointments and court appearances, $25,000 signature bond to be co-signed by grandmother.