UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:20-cr-225-TPB-CPT

TERRENCE LEE HESTER, JR.

## ACCEPTANCE OF PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation (Doc. 50) of the United States Magistrate Judge, the plea of guilty of the defendant to Count One of the Indictment is now **ACCEPTED** and the defendant, TERRENCE LEE HESTER, JR., is **ADJUDGED GUILTY** of such offense.

**IT IS FURTHER ORDERED** that sentencing is hereby scheduled before United States District Judge Thomas P. Barber, at the Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Courtroom 14A, Tampa, Florida, 33602, on **JULY 1, 2021, at 2:00 P.M.**  **Counsel of record and/or the United States Probation Office shall contact Chambers immediately should it be anticipated that this hearing will exceed thirty (30) minutes**.

**DONE** and **ORDERED** in Tampa, Florida this 2nd day of April, 2021.

TOM BARBER
UNITED STATES DISTRICT JUDGE