UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                               CASE NO. 8:20-cr-225-TPB-CPT

TERRANCE LEE HESTER JR.

## **PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The United States of America, by Karin Hoppmann, Acting United States Attorney for the Middle District of Florida, states to the Court as follows:

1. An Indictment is pending in this Court against Terrance Lee Hester Jr. in the above-styled case. Doc. 5.

2. The defendant pleaded guilty in Tampa, Florida, on March 30, 2021. Doc. 43. The Court accepted the defendant's plea of guilty. Doc. 51.

3. A sentencing hearing in Tampa is scheduled for July 28, 2021 at 2:00 p.m. in Courtroom 14A. Doc. 56.

4. The defendant is currently confined on State of Florida charges in the Hillsborough County Jail, 1201 Orient Rd. Tampa, Florida 33619. A detainer for this case has been placed on the defendant.

5. It is necessary to have said defendant before this Court for the sentencing hearing on July 28, 2021.

WHEREFORE, this petitioner prays that this Honorable Court issue a Writ of Habeas Corpus Ad Prosequendum, directing any United States Marshal to proceed

to the aforesaid penal institution and there take into custody the body of the said defendant and have him before this Court at the time and place above specified for the sentencing hearing, and upon completion of proceedings in this case to return the said defendant to the custody of the Warden, of the Hillsborough County Jail, and also directing the said Warden, of the Hillsborough County Jail, to deliver the said defendant into the custody of any United States Marshal for the aforesaid purpose.

Date: _____

Respectfully submitted,

KARIN HOPPMANN
Acting United States Attorney

By: /s/ *Michael C. Sinacore*
Michael C. Sinacore
Assistant United States Attorney
Florida Bar No. 868523
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Michael.Sinacore@usdoj.gov