# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## HONORABLE THOMAS P. BARBER

| | |
|---|---|
| CASE NO. 8:20-cr-225-TPB-CPT | DATE: July 28, 2021 |
| TITLE: USA v. **TERRANCE LEE HESTER, JR.** | |
| TIME: 2:05 – 2:25 p.m. | TOTAL: 20 mins. |

| | |
|---|---|
| Courtroom Deputy: Sonya Cohn | Interpreter: N/A |
| Court Reporter: Shannon Bishop | Probation: Wilmarisa Martinez |
| Counsel for Government: | Michael Sinacore, AUSA |
| Counsel for Defendant: | Howard Anderson, AFPD |

## CRIMINAL MINUTES - SENTENCING

Court in session and counsel identified for the record.

Defendant sworn and adjudicated guilty as to Count One of the Indictment.

Counsel and Defendant addressed the Court.

Imprisonment: Term of **SIXTY (60) MONTHS** with credit for time served.

The Court makes the following recommendations to the Bureau of Prisons:
1. Incarceration at Jesup, Georgia
2. Participate in UNICOR to make restitution.
3. Vocational education in HVAC.

Supervised Release: **THREE (3) YEARS.**

Fine: Waived         Restitution: Deferred – will be addressed by separate order, not to exceed 90 days from judgment.

Special Assessment: $100.00. This obligation is to be paid immediately.

Special conditions of Supervised Release:

1. The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or making an obligation for any major purchases without approval of the Probation Officer.

2. The defendant shall provide the probation officer access to any requested financial information.

3. The defendant shall maintain a full-time job, school, or have a valid disability. If not working, he should have five job leads a week until employed.

Defendant is to cooperate in the collection of DNA as instructed by the Probation Officer.

The mandatory drug testing requirements of the Violent Crime Control Act are imposed. The Defendant shall submit to one drug test within 15 days of placement on supervision and at least two periodic tests thereafter as directed by the probation officer. The defendant must submit to random drug testing not to exceed 104 tests per year.

Defendant is remanded into the custody of the U.S. Marshal to await designation by the Bureau of Prisons.

Defendant advised of right to appeal and to counsel on appeal.

## GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING
### (prior to any variances/departures)

| | |
|---|---|
| Total Offense Level | 21 |
| Criminal History Category | I |
| Imprisonment Range | 60 months |
| Supervised Release Range | 1 -3 Years |
| Restitution | N/A |
| Fine Range | $15,000 - $150,000 |
| Special Assessment | $100.00 |